Commonwealth ex rel. Altizer, Appellant, *v.* Hendrick.

Argued March 23, 1966. *Charles H. Frey,* for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Angradi, Appellant, *v.* Russell.

Submitted March 21, 1966. *Walter P. Angradi,* appellant, in propria persona; *Thomas J. Foley,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Armolt, Appellant, *v.* Cavell.

Submitted March 14, 1966. *Herman Armolt,* appellant, in propria persona; *John T. Miller,* First Assistant District Attorney; and *John F. Rauhauser, Jr.,* District Attorney, for appellee.

Order affirmed.